■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN HANKS, Appellant. [629 NYS2d 708] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Connell, J.—Grand Larceny, 4th Degree.) Present—Green, J. P., Lawton, Callahan, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES T. COOPER, Appellant. [629 NYS2d 708] —Judgment unanimously affirmed. Memorandum: The verdict finding defendant guilty of criminal sale of a controlled substance in the third degree (Penal Law § 220.39 [1]) and criminal possession of a controlled substance in the third degree (Penal Law § 220.16 [1]) is not against the weight of evidence *(see, People v Bleakley,* 69 NY2d 490, 495).

Defendant's further contention is not preserved for our review *(see,* CPL 470.05 [2]), and we decline to exercise our power to review that contention as a matter of discretion in the interest of justice *(see,* CPL 470.15 [6] [a]). (Appeal from Judgment of Erie County Court, D'Amico, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Green, J. P., Lawton, Callahan, Balio and Boehm, JJ.